**Harold L. MONTGOMERY, Appellant, v. A. C. ADERHOLD, Warden of the United States Penitentiary, Atlanta, Georgia, Appellee.**

No. 6422.

Circuit Court of Appeals, Fifth Circuit.

Feb. 19, 1932.

Harold L. Montgomery, of Atlanta, Ga., in pro. per.

Clint W. Hager, U. S. Atty., and Hal Lindsay, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before BRYAN, FOSTER and WALKER, Circuit Judges.

PER CURIAM.

The judgment is affirmed.